| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>PO Box 515381 #97627<br>Los Angeles, CA 90051-6681<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Zahedi, Shahyar<br><br>Zahedi, Shannon Denise<br><br>                                   Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 13<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/07/2018          Shahyar Zahedi                    /s/ Zahedi
                          Printed name of Debtor 1          Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/07/2018          Shannon Denise Zahedi             /s/ Shannon Zahedi
                          Printed name of Debtor 2          Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC

```
STATE OF CALIFORNIA     STATEMENT OF EARNINGS AND DEDUCTIONS         OFFICE OF STATE CONTROLLER
 S     ZAHEDI                                                                          2091
 AGY/UNIT 487-561         PAY PERIOD 11/18              WARRANT NO 01-455181
 TAX YEAR 18         ISSUE DATE 11/30/18
 TAX STATUS   FED M-04       STATE M-04
```

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5103.00 | 4193.41 | 1294.56 | 3808.44 |
| YEAR-TO-DATE¹ | 94775.30 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5103.00 | FEDERAL TAX | 189.96 |
| | | | | STATE TAX | 25.09 |
| | | | | *RETIREMENT | 492.70 |
| | | | | MEDICARE | 67.95 |
| | | | | *F KAISER | 1434.76 |
| | | | | *F DNTL DPO | 90.31 |
| | | | | *VISION-VSP | 8.64 |
| | | | | PERS SURV | 2.00 |
| | | | | DUES-CSLEA | 96.62 |
| | | | | PERS SUR AD | 3.35 |
| | | | | *BENEFITAMT | 1233.00- |
| | | | | *CERBT | 116.18 |

| EMPLOYER CONTRIBUTIONS (current and adjustments) | | |
|---|---|---|
| RETIREMNT | HLTH/FLEX | MEDICARE |
| 1952.31 | 1349.18 | 67.95 |

| | 10/18 BEGIN BAL | CREDIT | USED | MISC | 11/18 BEGIN |
|---|---|---|---|---|---|
| VACATION | 32.50 | 7.00 | 0.00 | 0.00 | 39.50 |
| SICK LV | 40.00 | 8.00 | 8.00 | 0.00 | 40.00 |
| PH | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 UNITS |
| CTO | 0.75 | 0.00 | 0.00 | 0.00 | 0.75 |
| EX HRS | 8.00 | 0.00 | 2.00 | 0.00 | 6.00 |
| HOL ITO | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| HOL WORK | 23.25 | 0.00 | 0.00 | 0.00 | 23.25 |

*SPREAD SOME HOLIDAY CHEER. DON'T SPREAD THE FLU.
IT'S NOT TOO LATE. ROLL UP YOUR SLEEVES AND GET YOUR FLU SHOT.
FIND A FLU VACCINATION LOCATION NEAR YOU AT WWW.FLU.GOV.
*DECEMBER IS NATIONAL IMPAIRED DRIVING PREVENTION MONTH.
#BUZZEDDRIVING IS DRUNK DRIVING. WERE YOU A VICTIM OF A DUI?
CALVCB MAY HELP @ WWW.VICTIMS.CA.GOV.
*THE HOLIDAY SEASON BRINGS AN INCREASED RISK OF FIRES.
FIND CHRISTMAS TREE AND HOLIDAY DECORATION FIRE SAFETY TIPS
AT WWW.FIRE.CA.GOV TO ENSURE YOUR HAPPY HOLIDAYS.

CD 39 (Rev 08/00)   ¹ Year-to-date gross on final earnings statement may not agree with W-2.
                    * Amounts which affect taxable gross

Case 8:18-bk-14470-MW    Doc 8    Filed 12/07/18    Entered 12/07/18 18:48:05    Desc
Main Document    Page 3 of 8

```
STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
   S    ZAHEDI                                                                    2091
   AGY/UNIT 487-561      PAY PERIOD 10/18              WARRANT NO 01-326772
   TAX YEAR 18           ISSUE DATE 10/31/18
   TAX STATUS   FED M-04       STATE M-04
```

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5103.00 | 4190.73 | 1296.76 | 3806.24 |
| YEAR-TO-DATE [1] | 85575.36 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5103.00 | FEDERAL TAX | 189.64 |
| | | | | STATE TAX | 24.97 |
| | | | | *RETIREMENT | 492.70 |
| | | | | MEDICARE | 67.91 |
| | | | | *F KAISER | 1434.76 |
| | | | | *F DNTL DPO | 90.31 |
| | | | | *VISION-VSP | 8.64 |
| | | | | PERS SURV | 2.00 |
| | | | | DUES-CSLEA | 96.62 |
| | | | | PERS SUR AD | 3.35 |
| | | | | *BENEFITAMT | 1233.00- |
| | | | | *CERBT | 118.86 |

**EMPLOYER CONTRIBUTIONS** (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 1952.31 | 1351.86 | 67.91 |

|  | 9/18 BEGIN BAL | CREDIT | USED | MISC | 10/18 BEGIN |
|---|---|---|---|---|---|
| VACATION | 25.50 | 7.00 | 0.00 | 0.00 | 32.50 |
| SICK LV | 32.00 | 8.00 | 0.00 | 0.00 | 40.00 |
| PH | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 UNITS |
| CTO | 0.75 | 0.00 | 0.00 | 0.00 | 0.75 |
| EX HRS | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| HOL ITO | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| HOL WORK | 15.25 | 8.00 | 0.00 | 0.00 | 23.25 |

YOUR 2018 W-2 WILL BE MAILED TO THE ADDRESS LISTED BELOW. IF
THIS ADDRESS IS INCORRECT, PLEASE SEE YOUR PERSONNEL/PAYROLL
OFFICE. A CHANGE OF ADDRESS MUST BE COMPLETED BY DECEMBER 14
IN ORDER FOR YOUR W-2 TO BE MAILED TO YOUR CORRECT ADDRESS. IF
YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT
YOUR PERSONNEL/PAYROLL OFFICE.

16552 SELL CIRCLE #27
HUNTINGTON BEACH   CA         92649

CD 39 (Rev 08/00)   [1] Year-to-date gross on final earnings statement may not agree with W-2.
                     * Amounts which affect taxable gross

```
STATE OF CALIFORNIA          STATEMENT OF EARNINGS AND DEDUCTIONS          OFFICE OF STATE CONTROLLER
S    ZAHEDI                                                                              2091
AGY/UNIT 487-561      PAY PERIOD 09/18              WARRANT NO 01-276845
TAX YEAR 18           ISSUE DATE 10/12/18
TAX STATUS   FED M-04 CA STATE M-04
```

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 4522.48 | 4509.57 | 1368.23 | 3154.25 |
| YEAR-TO-DATE [1] | 80591.22 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| OVERTIME | | 10.25 | 452.64 | FEDERAL TAX | 992.11 |
| OVERTIME | | 32.00 | 1437.12 | STATE TAX | 297.63 |
| OVERTIME | | 56.00 | 2514.96 | *RETIREMENT | 12.91 |
| HOLIDAY | | 4.00 | 117.76 | MEDICARE | 65.58 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | MEDICARE |
|---|---|
| 45.06 | 65.58 |

```
*HEALTHIER U CONNECTIONS IS A FREE INNOVATIVE WELLNESS SERVICE
FOR STATE EMPLOYEES. LEARN HEALTHY HABITS AND ACCESS WELLNESS
RESOURCES. SIGN UP TODAY AT WWW.CALHRWELLNESS.COM.
*OCTOBER 21-27 IS LEAD POISONING PREVENTION WEEK.
DUST AND DIRT WITH LEAD CAN HURT. KEEP KIDS' PLAY AREAS SAFE.
LEARN MORE AT WWW.CDPH.CA.GOV/PROGRAMS/CLPPB.
*ARE YOU REGISTERED TO VOTE IN THE NOV 6 GENERAL ELECTION?
DO YOU WANT TO SIGN UP TO VOTE BY MAIL? CHECK YOUR STATUS AT
VOTERSTATUS.SOS.CA.GOV OR REGISTER AT REGISTERTOVOTE.CA.GOV
```

CD 39 (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

| EMPLOYEE NAME | EMPLOYEE NO. | DEPARTMENT NO. | PAY PERIOD START | PAY PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| ZAHEDI, SHANNON | 000018021 | 75000 | 10/21/2018 | 11/03/2018 | 11/09/2018 | 00036872 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 32.800 | 16.50 | 541.20 | 4669.50 |
| SHF2.00N | 33.400 | 2.00 | 66.80 | 626.60 |
| OVERTIME | 0.600 | 25.75 | 15.45 | 309.94 |
| ORIENT | | | | 594.00 |
| HOLPREM | | | | 148.50 |
| DBLETIME | | | | 138.16 |
| HOLPRMOT | | | | 12.74 |
| SHF1.00E | | | | 8.30 |
| *ACCOUNTS* | *ACCT NO.* | | | |
| Checking | 2623 | | 484.10 | |
| | 33.40 | | 623.45 | 6,507.74 |

**TAXES/DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE |
|---|---|---|
| FIT | | 91.14 |
| FICA Med | 9.04 | 94.37 |
| FICA SS | 38.65 | 403.48 |
| SIT CA | | 6.22 |
| SDI CA | 6.23 | 65.07 |
| St Loan% | 85.43 | 305.95 |
| | 139.35 | 966.23 |

**TOTALS THIS PERIOD**

| EARNINGS | | | | |
|---|---|---|---|---|
| CURRENT HOURS WORKED | GROSS PAY | NET PAY | YTD GROSS | YTD NET PAY |
| 33.40 | 623.45 | 484.10 | 6,507.74 | 5,541.51 |

**DEDUCTIONS**

| CURRENT TAX DEDUCTIONS | CURRENT OTHER DEDUCTIONS |
|---|---|
| 53.92 | 85.43 |

| YTD TAX DEDUCTIONS | YTD OTHER DEDUCTIONS |
|---|---|
| 660.28 | 305.95 |

**TIME OFF BENEFITS**

| TYPE | BALANCE |
|---|---|
| CPSLBAL | 5.210 |

| | FEDERAL | STATE |
|---|---|---|
| TAX FILING STATUS | Married | Married |
| TAX EXEMPTIONS | 00002 | 00002 |
| ADD'L AMOUNT | $0.00 | $0.00 |

▽ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▽

**Prime Healthcare Huntington Beach, LLC**   17772 Beach BLVD, Huntington Beach CA 92647
Huntington Beach Hospital   Case 8:18-bk-14470-MW   Doc 8   Filed 12/07/18   Entered 12/07/18 18:48:05   Desc
Main Document   Page 6 of 8

**DBA Huntington Beach Hospital**

| EMPLOYEE NAME | EMPLOYEE NO. | DEPARTMENT NO. | PAY PERIOD START | PAY PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| ZAHEDI, SHANNON | 000018021 | 75000 | 11/04/2018 | 11/17/2018 | 11/23/2018 | 00037307 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 32.000 | 16.50 | 528.00 | 5197.50 |
| SHF2.00N | 28.000 | 2.00 | 56.00 | 682.60 |
| ORIENT | | | | 594.00 |
| OVERTIME | | | | 309.94 |
| HOLPREM | | | | 148.50 |
| DBLETIME | | | | 138.16 |
| HOLPRMOT | | | | 12.74 |
| SHF1.00E | | | | 8.30 |
| | | | | |
| *ACCOUNTS* | *ACCT NO. | | | |
| Checking | 2623 | | 453.46 | |
| | 32.00 | | 584.00 | 7,091.74 |

**TAXES/DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE |
|---|---|---|
| FIT | | 91.14 |
| FICA Med | 8.47 | 102.84 |
| FICA SS | 36.21 | 439.69 |
| SIT CA | | 6.22 |
| SDI CA | 5.84 | 70.91 |
| St Loan% | 80.02 | 385.97 |
| | 130.54 | 1,096.77 |

**TOTALS THIS PERIOD**

**EARNINGS**

| CURRENT HOURS WORKED | GROSS PAY | NET PAY | YTD GROSS | YTD NET PAY |
|---|---|---|---|---|
| 32.00 | 584.00 | 453.46 | 7,091.74 | 5,994.97 |

**DEDUCTIONS**

| CURRENT TAX DEDUCTIONS | CURRENT OTHER DEDUCTIONS |
|---|---|
| 50.52 | 80.02 |

| YTD TAX DEDUCTIONS | YTD OTHER DEDUCTIONS |
|---|---|
| 710.80 | 385.97 |

**TIME OFF BENEFITS**

| TYPE | BALANCE |
|---|---|
| CPSLBAL | 5.210 |

| | FEDERAL | STATE |
|---|---|---|
| TAX FILING STATUS | Married | Married |
| TAX EXEMPTIONS | 00002 | 00002 |
| ADD'L AMOUNT | $0.00 | $0.00 |

Case 8:18-04-14470-MW    Doc Filed 02/07/18    Entered 02/07/18 15:28:05    Desc
Main Document    Page 7 of 8

| STATE OF CALIFORNIA | STATEMENT OF EARNINGS AND DEDUCTIONS | | OFFICE OF STATE CONTROLLER |
|---|---|---|---|
| S ZAHEDI | | | 2091 |
| AGY/UNIT 4470-561W | PAY PERIOD 07/18 | | WARRANT NO 07/18 |
| TAX YEAR 18 | ISSUE DATE 11/15/18 | | |
| TAX STATUS FED M-04 CA STATE M-04 | | | |

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3896.64 | 3896.64 | 1170.94 | 2725.70 |
| YEAR-TO-DATE [1] | 89788.48 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| OVERTIME | | 48.00 | 2155.68 | FEDERAL TAX | 857.26 |
| OVERTIME | | 34.00 | 1501.44 | STATE TAX | 257.18 |
| OVERTIME | | 8.00 | 239.52 | MEDICARE | 56.50 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

MEDICARE  56.50

YOUR 2018 W-2 WILL BE MAILED TO THE ADDRESS LISTED BELOW. IF
THIS ADDRESS IS INCORRECT, PLEASE SEE YOUR PERSONNEL/PAYROLL
OFFICE. A CHANGE OF ADDRESS MUST BE COMPLETED BY DECEMBER 14
IN ORDER FOR YOUR W-2 TO BE MAILED TO YOUR CORRECT ADDRESS. IF
YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT
YOUR PERSONNEL/PAYROLL OFFICE.

16552 SELL CIRCLE #27
HUNTINGTON BEACH   CA        92649

CD 39 (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

Case 8:18-bk-14170-MW    Doc 8    Filed 12/07/18    Entered 12/07/18 12:55:05    Desc
Main Document    Page 8 of 8

| STATE OF CALIFORNIA | STATEMENT OF EARNINGS AND DEDUCTIONS | | OFFICE OF STATE CONTROLLER | |
|---|---|---|---|---|
| S. 18 ZAHEDI | | | | 2091 |
| AGY/UNIT 487-561 | PAY PERIOD 11/18 | | WARRANT NO 01-455181 | |
| TAX YEAR 18 | ISSUE DATE 11/30/18 | | | |
| TAX STATUS FED M-04 STATE M-04 | | | | |
| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
| CURRENT | 5103.00 | 4193.41 | 1294.56 | 3808.44 |
| YEAR-TO-DATE [1] | 94775.30 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5103.00 | FEDERAL TAX | 189.96 |
| | | | | STATE TAX | 25.09 |
| | | | | *RETIREMENT | 492.70 |
| | | | | MEDICARE | 67.95 |
| | | | | *F KAISER | 1434.76 |
| | | | | *F DNTL DPO | 90.31 |
| | | | | *VISION-VSP | 8.64 |
| | | | | PERS SURV | 2.00 |
| | | | | DUES-CSLEA | 96.62 |
| | | | | PERS SUR AD | 3.35 |
| | | | | *BENEFITAMT | 1233.00- |
| | | | | *CERBT | 116.18 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 1952.31 | 1349.18 | 67.95 |

| | 10/18 BEGIN BAL | CREDIT | USED | MISC | 11/18 BEGIN | |
|---|---|---|---|---|---|---|
| VACATION | 32.50 | 7.00 | 0.00 | 0.00 | 39.50 | |
| SICK LV | 40.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| PH | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | UNITS |
| CTO | 0.75 | 0.00 | 0.00 | 0.00 | 0.75 | |
| EX HRS | 8.00 | 0.00 | 2.00 | 0.00 | 6.00 | |
| HOL ITO | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | |
| HOL WORK | 23.25 | 0.00 | 0.00 | 0.00 | 23.25 | |

*SPREAD SOME HOLIDAY CHEER. DON'T SPREAD THE FLU.
IT'S NOT TOO LATE. ROLL UP YOUR SLEEVES AND GET YOUR FLU SHOT.
FIND A FLU VACCINATION LOCATION NEAR YOU AT WWW.FLU.GOV.
*DECEMBER IS NATIONAL IMPAIRED DRIVING PREVENTION MONTH.
#BUZZEDDRIVING IS DRUNK DRIVING. WERE YOU A VICTIM OF A DUI?
CALVCB MAY HELP @ WWW.VICTIMS.CA.GOV.
*THE HOLIDAY SEASON BRINGS AN INCREASED RISK OF FIRES.
FIND CHRISTMAS TREE AND HOLIDAY DECORATION FIRE SAFETY TIPS
AT WWW.FIRE.CA.GOV TO ENSURE YOUR HAPPY HOLIDAYS.

CD 39 (Rev 08/00)   [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross